

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-13-00013-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**GREATER SAN ANTONIO BUILDERS ASSOCIATION** and Indian Springs LTD.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19727
Honorable David A. Berchelmann, Jr., Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on May 2, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

April 18, 2013

No. 04-13-00013-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**GREATER SAN ANTONIO BUILDERS ASSOCIATION** and Indian Springs LTD.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19727
Honorable David A. Berchelmann, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on May 2, 2013.

/s/ Rebeca C. Martinez
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 18TH DAY OF April, 2013.

VOL. _____ PAGE _____